**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| FAM N.V., ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | CAUSE NO. 2:19-CV-439-TLS-JEM | |
| ) | | |
| URSCHEL LABORATORIES, INC., ) | | |
|     Defendant, ) | | |
| _____) | | |
| ) | | |
| URSCHEL LABORATORIES, INC., ) | | |
|     Counter-Claimant, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| FAM N.V. and FAM STUMABO ) | | |
| U.S.A., INC., ) | | |
|     Counter-Defendants. ) | | |

**ORDER**

This matter is before the Court on a Report of Parties' Planning Meeting [DE 25], filed by the parties on May 14, 2020. The parties held a Rule 16 Preliminary Pretrial Conference on May 21, 2020. Having reviewed the parties' report, the Court hereby **ORDERS**:

(1) Rule 26(a)(1) initial exchanges must be completed by **May 29, 2020**;

(2) Plaintiff's preliminary infringement contentions are due by **June 11, 2020**;

(3) Defendant's preliminary invalidity contentions are due by **July 9, 2020**;

(4) The parties must exchange a list of claim terms to be construed by **July 23, 2020**;

(5) The parties must exchange proposed construction for claim terms by **August 6, 2020**;

(6) The parties must confer to limit the claim terms in dispute by **August 20, 2020**;

(7) Any motion seeking leave to amend the pleadings or add parties must be filed by **August 27, 2020**;

(8) The parties' claim construction and prehearing statement is due **September 3, 2020**;

(9) Discovery regarding the claim construction and prehearing statement must be completed by **September 24, 2020**;

(10) Opening briefs and evidence supporting claim construction must be filed by **October 8, 2020**;

(11) Response briefs regarding claim construction must be filed by **October 29, 2020**;

(12) The deadline to complete all fact discovery is **March 1, 2021**;

(13) Opening expert reports, for the party bearing the burden of proof at trial, are due **March 29, 2021**;

(14) Rebuttal expert reports are due by **April 26, 2021**;

(15) The deadline to complete all expert discovery is **May 24, 2021**;

(16) All other dates and deadlines in the parties' planning report through the close of discovery are approved and adopted herein;

(17) The summary judgment deadline per Federal Rule of Procedure 56 shall not apply. Deadlines for dispositive motions and trial-related deadlines will be set by the presiding judge at a later date;

(18) Because the presiding judge does not require mediation, mediation is not ordered, but the parties are encouraged to attempt mediation.

SO ORDERED this 21st day of May, 2020.

      s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record