# **EXHIBIT A**

(12) **United States Design Patent**  
Bucks

(10) Patent No.: **US D730,703 S**  
(45) Date of Patent: ** Jun. 2, 2015

(54) **KNIFE HOLDER**

(71) Applicant: **FAM**, Kontich (BE)

(72) Inventor: **Brent L. Bucks**, Lakewood Ranch, FL (US)

(73) Assignee: **FAM**, Kontich (BE)

(**) Term: **14 Years**

(21) Appl. No.: **29/490,213**

(22) Filed: **May 7, 2014**

(51) **LOC (10) Cl.** ............................................... 07-03
(52) **U.S. Cl.**
 USPC ........................... **D7/650**; D7/649; D7/401.2
(58) **Field of Classification Search**
 USPC ....... D7/393–395, 401.2, 637, 641–652, 693, D7/695–696; D8/6, 19, 93, 97–100, 107, D8/300, 321; D15/11, 78; D22/117–118; D25/125; D34/29; 30/136, 142, 30/147–149, 172, 329, 340–345; 144/174
 CPC . A47G 21/06; A47G 21/065; A61B 17/3211; A61B 17/3213; B21D 53/64; B26B 1/00; B26B 1/08; B26B 1/10; B26B 3/00; B26B 3/02; B26B 3/03; B26B 3/04; B26B 3/06; B26B 5/00; B26B 5/001; B26B 5/007; B26B 7/00; B26B 7/005; B26B 9/00; B26B 9/02; B26B 11/00; B26B 11/006; B26B 17/00; B26B 17/006; B27L 11/005; E04D 15/003
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D57,561 S | * | 4/1921 | Wilson | ............................ | D8/19 |
| D229,493 S | * | 12/1973 | Feakins | ........................ | D25/125 |
| D237,245 S | * | 10/1975 | Smyth | ................................ | D8/6 |
| D293,323 S | * | 12/1987 | Slattery et al. | ................. | D15/78 |
| D296,177 S | * | 6/1988 | Nolen et al. | .................... | D7/637 |
| 5,280,676 A | * | 1/1994 | Fieni | ............................... | 30/172 |
| D360,560 S | * | 7/1995 | Stroecker | ........................ | D7/637 |
| D366,814 S | * | 2/1996 | Stroecker | ........................ | D7/641 |
| 6,968,879 B2 | * | 11/2005 | Schuh et al. | ................... | 144/174 |
| D512,279 S | * | 12/2005 | Berger et al. | ................... | D7/637 |
| D570,501 S | * | 6/2008 | Janesz et al. | ................... | D25/125 |
| D591,475 S | * | 4/2009 | Campbell et al. | .............. | D34/29 |
| D617,350 S | * | 6/2010 | Cummings | .................... | D15/11 |

* cited by examiner

*Primary Examiner* — Ricky Pham  
(74) *Attorney, Agent, or Firm* — Koppel, Patrick, Heybl & Philpott

(57) **CLAIM**

The ornamental design for a knife holder, as shown.

**DESCRIPTION**

FIG. **1** is an isometric view of a top, rear, and right side of a new ornamental design for a knife holder;  
FIG. **2** is a top view of the knife holder of FIG. **1**;  
FIG. **3** is a bottom view of the knife holder of FIG. **1**;  
FIG. **4** is a right side elevational view, the left side elevational view being a mirror image thereof, of the knife holder of FIG. **1**;  
FIG. **5** is a front elevational view of the knife holder of FIG. **1**; and,  
FIG. **6** is a rear elevational view of the knife holder of FIG. **1**.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**        Jun. 2, 2015        Sheet 1 of 3        US D730,703 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5

FIG. 6