# **EXHIBIT B**



# HOW WE STACK UP

## MICRO**A**DJUSTABLE® SL-14 SLICING HEAD

### AVAILABLE IN FLAT, V-CUT, & CRINKLE SHAPES

- **SL-14 v. Urschel Standard Head** — Our new SL-14 head offers **14** cutting stations versus our standard **8** station head to deliver nearly twice the capacity. Refer to our 'MicroAdjustable Slicing Head' brochure for more details on the SL-14.

- **Cost Savings** — The price of the SL-14 flat knife holders is approximately **1/6th less than** competitive holders. This adds up with the inevitable replacement due to rocks and sand in processing.

- **Additional Cost Savings** — Significant reduction in scrap and fines with **knife shape carrying throughout knife holder to greatly improve yield.** This design reduces rooster combing, increases knife life, and produces better cut quality throughout production runs.

- **Repairs** — A competitor claims their knife holders can be repaired by peening and filing, so can Urschel knife holders.

- **14 v. 16** — Urschel offers 14 cutting stations versus 16 by a competitor. Urschel slices larger potatoes more effectively. While the capacity difference is not significant, the **performance** is. The distance between Urschel knives is 3.25" (82.55 mm); competition is 2.75" (69.85 mm). This shorter distance allows for average size potatoes to be simultaneously engaged with two knives, thereby generating greater scrap.

- **Time & Labor Savings** — Urschel features quick-clamping flat knives and an installation tool on V-cut and crinkle shapes which equates to **dramatically decreased changeover times** and more efficient use of the operator's time.

- **New Magnetic Gauge** (analog or digital) along with the stationary knife edge and 'door' style gate, as opposed to pivoting the entire holder, quickens adjustments and holds a true measurement.

- **Durable, Robust Design** to protect against harsh production environments, even if dropped, and offers infinite adjustability to **recalibrate from a zero setting** to continue to provide an accurate, repeatable, and perfect slice.

- **Your Partner in Productivity** — Urschel has been working with potato chip/crisp processors since the introduction of the Model CC Slicer in 1959. The longevity of producing quality parts, providing quick shipments, and delivering ongoing service continues to be at the core of Urschel's business.

### WWW.URSCHEL.COM/MICROADJUSTABLESLICINGHEADVIDEOS.HTML

VIDEOS
In-Plant & Knife Changeovers





# URSCHEL® KNIVES
## Be Sharp, Go with the Smarter Knife



## SPECIFY URSCHEL TO INCREASE YOUR PROFITS

- **Our Business is Cutting** — Customers trust us to produce and deliver the ultimate in quality and craftsmanship. That is why we sell over 21 million knives each year. There is a good reason why demand for Urschel knives continues to rise.

- **Sharpest Blades** — Test after test, the edges of Urschel knives continue to take the lead over any of the competition - both in plant production tests and specific degrees of sharpness testing. Protective gloves are a must when handling Urschel knives!

- **Design to Manufacturing** — Urschel knives are engineered. Complete understanding of knife angles, edge beveling, and special geometry are all taken into account. Knowledge of the manufacturing processes involved guarantee both the best in design and the best in manufacturing methods - all under one roof.

- **Ultimate Materials** — Premium carbon and high-grades of stainless steel are used to craft all of our knives. We do not take chances with any generic knife materials. We make sure the raw materials fit with the design, manufacturing, and end-application.

- **Cost Savings** — Customers tell Urschel that all the care taken in producing and supplying the highest quality knives increases their profits. Premium materials, manufacturing processes, and producing the sharpest edge translates to an increased knife life with fewer knife changes. Knives are at the heart of every cutting operation, and leading processors around the globe continue to partner with Urschel to lower their costs and increase their profitability.

- **Proprietary Processes** — Urschel has actually built the machinery that produces many of the knives we manufacture.

- **More Proprietary Processes** — Urschel manufactures knives in-house incorporating special heat treat processes.

- **Rigorous QC** — Quality control is a crucial step in proper manufacturing of every knife. Sharpness is tested along with maintaining proper tolerances, so each knife fits and functions just like the original shipped with your first machine order.

®Urschel, MicroAdjustable, The Global Leader in Food Cutting Technology, and the Urschel Logo Symbol are registered trademarks of Urschel Laboratories, Inc. U.S.A.

L3277 APR 2019 (s.s. L3268)

**URSCHEL®**
The Global Leader in Food Cutting Technology
www.urschel.com   |   info@urschel.com