# EXHIBIT A

# Bhat, Neha

| | |
|---|---|
| **From:** | Woodworth, Megan S. |
| **Sent:** | Tuesday, January 19, 2021 2:13 PM |
| **To:** | Bhat, Neha |
| **Subject:** | FW: FAM/Urschel: draft Joint 26(f) Report |

**From:** Woodworth, Megan S. <MSWoodworth@Venable.com>
**Sent:** Thursday, May 14, 2020 7:57 AM
**To:** Steven.Jedlinski@hklaw.com; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

Steve,
We do not agree that fact discovery or expert report deadlines should be tied to Markman. This is not the type of case for which the Patent Rules were designed. We agree that we don't need to guess the date of the Court's Markman, but our proposal with a specific date will keep the parties working toward completing discovery on all claims in a reasonable amount of time. If the parties do request a claim construction ruling and it has not been received in time to complete contentions and fact discovery within the date that we proposed, we would obviously approach the Court about extending the deadline. But if the parties do not request a claim construction ruling or if it comes quickly, there would not be a sufficient amount of time based on the patent rule deadlines to complete discovery on all other claims. We hope that you will reconsider, but if not, I revised the report to set this up as a dispute with a very short description of each side's argument and a column for the competing deadlines.

We slightly modified the proposed language for extending beyond the proposed 35 written request limit, and we set a specific date for initial disclosures as you requested.

Urschel is not amenable to a stay of discovery on the claims that FAM may move to dismiss. For one, although I do not believe that any of the cases that you presented would have required dismissal of any of Urschel's claims as originally pled, I believe that our Amended Answer was fully responsive to the issues you raised in your motion. Moreover, for Claim IV, most of this discovery should overlap with what we will be seeking on other related claims and defenses, and with respect to Claim VI, it does not appear that you are moving on all statements that were identified as false or misleading, so this claim will be in the case and discovery should move forward on it.

Regards,
Megan

**From:** Steven.Jedlinski@hklaw.com <Steven.Jedlinski@hklaw.com>
**Sent:** Wednesday, May 13, 2020 12:45 PM
**To:** Woodworth, Megan S. <MSWoodworth@Venable.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

**Caution: External Email**

1

Thanks Megan.

Our additional revisions are in the attached. As to the schedule, we believe the post-Markman schedule should remain as initially proposed and in accordance with the local patent rules. If you want to provide additional days in certain places, we would be happy to consider. We just don't think that guessing the date of the Court's Markman order makes any sense.

Otherwise, we made a counter-proposal as to the discovery request limits and the parties need to identify a mutually acceptable date for initial disclosures based on our forthcoming motion to dismiss. We understand that you don't agree to a stay pending the resolution of that motion; however, could the parties agree to hold any discovery on those claims in abeyance until the motion is resolved?

Steve

**Steven Jedlinski** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5818 | Fax 312.578.6666
steven.jedlinski@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Woodworth, Megan S. <MSWoodworth@Venable.com>
**Sent:** Wednesday, May 13, 2020 10:26 AM
**To:** Jedlinski, Steven E (CHI - X65818) <Steven.Jedlinski@hklaw.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Fuga, Anthony J (CHI - X65771) <Anthony.Fuga@hklaw.com>; Client Team-FAM/Urschel <ClientTeam-FAM/Urschel@hklaw.com>
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

*[External email]*
Steve,
We will review the ESI proposal and give some thought to the appropriate protocol.  We won't get that done before the scheduling conference, but we can inform the Court that those discussions are underway.

Urschel will not consent to staying the case pending FAM's motion to dismiss if it files one.

I will await any further edits or confirmation that the Joint Planning Report is acceptable.

Regards,
Megan

**From:** Steven.Jedlinski@hklaw.com <Steven.Jedlinski@hklaw.com>
**Sent:** Tuesday, May 12, 2020 5:04 PM
**To:** Woodworth, Megan S. <MSWoodworth@Venable.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

**Caution: External Email**

Understood Megan. So we can understand your position, please put in your proposal in the attached draft ESI proposal along with any other edits.

As of now, the partial motion to dismiss would address at least Counts IV and VI.

Best,
Steve

**Steven Jedlinski | Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5818 | Fax 312.578.6666
steven.jedlinski@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Woodworth, Megan S. <MSWoodworth@Venable.com>
**Sent:** Tuesday, May 12, 2020 3:47 PM
**To:** Jedlinski, Steven E (CHI - X65818) <Steven.Jedlinski@hklaw.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Fuga, Anthony J (CHI - X65771) <Anthony.Fuga@hklaw.com>; Client Team-FAM/Urschel <ClientTeam-FAM/Urschel@hklaw.com>
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

*[External email]*
On email, I think it is still too early to decide but I generally prefer the parties coordinate on custodians and terms rather than it being unilateral.

As to the stay, are you willing to identify which defenses or claims you plan to move to dismiss?

Regards,
Megan

---

**From:** Steven.Jedlinski@hklaw.com <Steven.Jedlinski@hklaw.com>
**Sent:** Tuesday, May 12, 2020 4:25 PM
**To:** Woodworth, Megan S. <MSWoodworth@Venable.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

**Caution: External Email**


Megan,

We have a working draft ESI protocol with information about fields, format etc. but the parties should finalize a position as to email. You said you were going to consider that after our last call. Is email outside the scope of discovery, are we

3

searching for responsive emails using a process or will the parties just use reasonable efforts to find responsive documents (including emails)?

As to the stay, we should include this in the Joint Report, if at all possible. FAM will be moving to dismiss on some but not all claims challenged in its original motion to dismiss.

Steve

**Steven Jedlinski** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5818 | Fax 312.578.6666
steven.jedlinski@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Woodworth, Megan S. <MSWoodworth@Venable.com>
**Sent:** Tuesday, May 12, 2020 2:55 PM
**To:** Jedlinski, Steven E (CHI - X65818) <Steven.Jedlinski@hklaw.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Fuga, Anthony J (CHI - X65771) <Anthony.Fuga@hklaw.com>; Client Team-FAM/Urschel <ClientTeam-FAM/Urschel@hklaw.com>
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

*[External email]*
On points 1 and 2, my understanding is that you were going to consider these and provide any further proposals. I don't know that we need to get into the necessity of email discovery at this point anyway, but always happy to start the dialogue. As to the potential stay, can you explain what grounds you are moving to dismiss? I will then discuss with Urschel and get back to you before our teleconference with the Court.

Regards,
Megan

**Megan S. Woodworth, Esq. | Venable LLP**
**t** 202.344.4507 | **f** 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

MSWoodworth@Venable.com | www.Venable.com

---

**From:** Steven.Jedlinski@hklaw.com <Steven.Jedlinski@hklaw.com>
**Sent:** Tuesday, May 12, 2020 3:23 PM
**To:** Woodworth, Megan S. <MSWoodworth@Venable.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

**Caution: External Email**

4

Thanks Megan. We will review in more detail but noticed you did not revise Urschel's position on the number of discovery requests. Was that intentional?

In the meantime, what is Urschel's position on the necessity of email discovery?

As we discussed, we have taken a look at your Amended Counterclaims and will be filing a partial motion to dismiss. Would Urschel be willing to stay the case pending the disposition of that motion?

Best,
Steve

**Steven Jedlinski** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5818 | Fax 312.578.6666
steven.jedlinski@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Woodworth, Megan S. <MSWoodworth@Venable.com>
**Sent:** Tuesday, May 12, 2020 10:53 AM
**To:** Jedlinski, Steven E (CHI - X65818) <Steven.Jedlinski@hklaw.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Fuga, Anthony J (CHI - X65771) <Anthony.Fuga@hklaw.com>; Client Team-FAM/Urschel <ClientTeam-FAM/Urschel@hklaw.com>
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

*[External email]*
Steven,
I am following up on the two outstanding items from our end on the Joint Report. With respect to depositions, you will see that we added a total cap to the number of party depositions per side, but we do not put limits on whether that is corporate testimony or personal depositions. On the schedule, we suggest that the fact discovery deadline and expert reports should be guided by set dates, rather than tied to a Markman date. We extended the fact discovery deadline a bit more than we usually would in light of the uncertainty with travel and business surrounding the coronavirus. Let us know if you want to discuss these edits or any of the other edits that we previously proposed.

Regards,
Megan

**Megan S. Woodworth, Esq. | Venable LLP**
**t** 202.344.4507 | **f** 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

---

**From:** Woodworth, Megan S.
**Sent:** Wednesday, April 29, 2020 10:14 PM
**To:** Steven.Jedlinski@hklaw.com; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** RE: FAM/Urschel: draft Joint 26(f) Report

Steve,

5

Attached are Urschel's current edits to your draft Report.  The highlighted items are things that we did not completely understand about your proposal so we can discuss tomorrow.

Regards,
Megan

**Megan S. Woodworth, Esq. | Venable LLP**
**t** 202.344.4507 | **f** 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

MSWoodworth@Venable.com | www.Venable.com

---

**From:** Steven.Jedlinski@hklaw.com <Steven.Jedlinski@hklaw.com>
**Sent:** Monday, April 27, 2020 8:59 AM
**To:** Woodworth, Megan S. <MSWoodworth@Venable.com>; sfardy@smbtrials.com; wpatterson@smbtrials.com; Urschel-FAM <Urschel-FAM@Venable.com>
**Cc:** Anthony.Fuga@hklaw.com; ClientTeam-FAM/Urschel@hklaw.com
**Subject:** FAM/Urschel: draft Joint 26(f) Report

**Caution: External Email**

Megan,

As discussed, attached is a proposed draft report and FAM's positions on a number of discovery issues. In order to make our Rule 26(f) conference more useful, we ask that you review and provide any mark-ups.

Based on your expected timing, let us know if Wednesday or Thursday works better for our conference.

Best,
Steve

**Steven Jedlinski | Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5818 | Fax 312.578.6666
steven.jedlinski@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

*************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************

******************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************

******************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************

******************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
******************************************************************